UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KARIN FILIPPI,                                                                    CV-09-4675 (JFB)(ARL)

                        Plaintiff,                                                **NOTICE OF MOTION**

      -against-

ELMONT UNION FREE SCHOOL DISTRICT
BOARD OF EDUCATION, AL HARPER and
ROBERT GERAS,

                        Defendants.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Leo Dorfman, including the attached Exhibits, and the Memorandum of Law in Support of Defendants' Motion to Disqualify; and upon all pleadings and proceedings heretofore had herein, defendants **ELMONT UNION FREE SCHOOL DISTRICT** and **AL HAPER** will move this Court, before the Honorable Joseph F. Bianco at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on May 25, 2010 at 2:00pm, for an Order disqualifying the Law Offices of Steven A. Morelli, P.C. and/or Steven S. Tilton, P.L.L.C. from representing plaintiff in this case, together with such other and further relief as this Court deems just, equitable and proper.

1

**PLEASE TAKE FURTHER NOTICE** that, as per the directives of the Court, the plaintiff's deadline to submit opposition to this motion is March 29, 2010, with defendants' reply, if any, to follow by April 9, 2010.

DATED: Westbury, New York
February 25, 2010

>
> SOKOLOFF STERN LLP
> Attorneys for the Defendants
> ELMONT UNION FREE
> SCHOOL DISTRICT BOARD OF
> EDUCATION and AL HARPER
>
> By: _/s/ Leo Dorfman_____
> Steven C. Stern
> Leo Dorfman
> 355 Post Avenue, Suite 201
> Westbury, New York 11590
> (516) 334-4500
> Our File No. 090008

TO: Law Offices of Steven A. Morelli, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514

Cruser, Mitchell & Novitz
Attorneys for defendant Robert Geras
175 Pinelawn Road, Suite 301
Melville, New York 11747